IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$6,050.00 UNITED STATES CURRENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.  09-CV-761<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR DEFAULT JUDGEMENT AGAINST JESSICA KEDROWSKI

The United States of America, by its attorney, Stephen P. Sinnott, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant $6,050.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to  21 U.S.C. § 881(a)(6) .

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed by Jessica Kedrowski pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered against Jessica Kedrowski; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Jessica Kedrowski in the defendant $6,050.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

DATED: _April 22, 2010_

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this __23d__ day of April 2010.

_____
PETER OPPENEER,  Clerk of Court
United States District Court