IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $6,050.00 UNITED STATES CURRENCY, <br><br> Defendant. | Case No. 09-CV-761 |

ORDER TO STRIKE THE CLAIM OF NICHOLAS KEDROWSKI

The United States of America, by its attorney, Stephen P. Sinnott, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant $6,050.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency.

Nicholas Kedrowski filed a claim on February 8, 2010. To date, no answer to the complaint has been filed as required by Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a order striking the claim of Nicholas Kedrowski, pursuant to Rule G (8) of the Supplemental Rules; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The government's Motion to Strike the Claim of Nicholas Kedrowski is granted and Kedrowski's claim is hereby stricken.

DATED: _April 22, 2010_

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this 23d day of April 2010.

_____
PETER OPPENEER, Clerk of Court
United States District Court